```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35050
   CASS CAMPBELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6796

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 12/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERISTAR FINANCIAL        NOTICE ONLY     NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         3390.00           .00       1209.93
CITY OF CHICAGO PARKING    NOTICE ONLY     NOT FILED           .00           .00
JAYHAWK ACCEPTANCE CORP    UNSECURED       NOT FILED           .00           .00
CAMCO                      UNSECURED          656.78           .00        235.97
LORRAINE GREENBERG & ASS   REIMBURSEMENT      40.00            .00         40.00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      2,000.00                    1,700.00
TOM VAUGHN                 TRUSTEE                                        214.10
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,400.00

PRIORITY                                         40.00
SECURED                                            .00
UNSECURED                                      1,445.90
ADMINISTRATIVE                                 1,700.00
TRUSTEE COMPENSATION                             214.10
DEBTOR REFUND                                      .00
                        ---------------    ---------------
TOTALS                    3,400.00             3,400.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 35050 CASS CAMPBELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE